**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Mark R. Mandeville</u>

  v.             Civil No. 05-cv-092-PB

<u>Merrimack County Department
of Corrections, et al.</u>

**O R D E R**

  The Marshal was unable to serve former Superintendent Anderson, Nurse French, Officer Unite, Officer Mayo, Officer Andrade, and Nurse Poison.  While the prison takes understandable care to protect the confidentiality of the home addresses of its current or past employees, that confidentiality must give way to the federal law to permit service of process.  However, to avoid providing the last known home addresses to plaintiff the defendant Assistant Superintendent Doucette, who has been sued in his official capacity, shall provide those addresses <u>in camera</u> to the clerk to provide to the Marshal or defense counsel may obtain permission to accept service for all of the above who consent.

  **SO ORDERED.**

                _____
                James R. Muirhead
                United States Magistrate Judge

Date: September 6, 2005
cc: Mark R. Mandeville, *pro se*
   John A. Curran, Esq.