UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mark Mandeville

    v.          Case No. 05-cv-92-PB

Merrimack County Department of Corrections

O R D E R

  I hereby recuse myself from presiding over this case as Attorney Michael Sheehan has filed an appearance on behalf of the plaintiff.

  SO ORDERED.

May  18, 2006          /s/ Paul Barbadoro
               Paul Barbadoro
               United States District Judge

cc:  Counsel of Record