UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Mark Mandeville

   v.                                              Civil No. 05-cv-092-JD

Carole Anderson, et al.


### ORDER


This Court has directed that service of this action be made upon a number of employees of the Merrimack County Department of Corrections ("MCDC") (document no. 5).  At this time, service has been made on all but three defendants: Carole Anderson, Donald Andrade, and Steve Mayo.  MCDC Assistant Superintendent Richard Doucette was directed to provide the addresses of these addresses to the court <u>in</u> <u>camera</u> so that the U.S. Marshals Service could make service on those individuals (document no. 12).[1]  Although some address information was provided in response to that Order,

---

[1] In an effort to protect the defendants' addresses, the Court authorized defense counsel to obtain permission from the defendants to accept service on their behalf.  On September 20, 2005, defense counsel for some of the defendants responded that he was attempting to obtain permission from his clients to accept service on their behalf.  No further information from counsel appears in the court file.

the U.S. Marshals Service was unable to make service on Anderson, Andrade and Mayo at the addresses provided.

Mandeville is directed to provide updated addresses for Anderson, Andrade and Mayo so that they may be served with this action within twenty (20) days of receipt of this notice.  If Mandeville fails to provide these addresses, these three defendants may be dismissed from this action.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: May 24, 2006

cc:   W. Kirk Abbott, Jr., Esq.
      John A. Curran, Esq.
      Lisa Lee, Esq.
      Michael J. Sheehan, Esq.
      Ralph Suozzo, Esq.