UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Mark R. Mandeville

        v.                           Civil No. 05-cv-92-JD

Merrimack County Dept. of Corrections,
Superintendent, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 24, 2006, no objection having been filed.

SO ORDERED.


June   , 2006                                      /s/Joseph A. DiClerico, Jr.
                                                          Joseph A. DiClerico, Jr.
                                                          United States District Judge


cc:    Michael Sheehan, Esq.
        John Curran, Esq.
        Charles Bauer, Esq.
        Lisa Lee, Esq.
        W. Kirk Abbott, Jr., Esq.
        Ralph Suozzo, Esq.