UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mark R. Mandeville</u>

        v.        Civil No. 05-cv-92-JD

<u>Merrimack County Department of Corrections, Superintendent, et al.</u>

O R D E R

On June 13, 2006, Attorney John Curran provided the court, <u>in camera</u>, the last known addresses of defendants Steven Mayo and Don Andrade. Service was again attempted by the United States Marshal using these addresses. Service was once again returned marked unexecuted.

Plaintiff Mandeville is advised that without correct addresses the Marshal cannot make service upon these named defendants. Unless Plaintiff provides the Court with these addresses within twenty (20) days from the date of this order, the court will otherwise be required to dismiss these two defendants without prejudice.

**SO ORDERED**.

July 20, 2006

                        James R. Muirhead
                        United States Magistrate Judge

cc:    Michael Sheehan, Esq.
       John Curran, Esq.
       Ralph Suozzo, Esq.
       W. Kirk Abbott, Esq.
       Charles P. Bauer, Esq.
       Lisa Lee, Esq.