UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mark R. Mandeville</u>

        v.                                    Civil No. 05-cv-92-JD

<u>Merrimack County Department of Corrections, Suuperintendent, et al.</u>

<u>O R D E R</u>

On July 25, 2006, Attorney John Curran provided the court, in camera, the last known addresses of defendants Steven Mayo and Don Andrade. Service was again attempted by the United States Marshal using these addresses. Service as to Steven Mayo has once again been returned unexecuted.

Plaintiff Mandeville is advised that without a correct address the United States Marshal cannot make service upon this named defendant. Unless Plaintiff provides the Court with a current address for Steven Mayo within twenty (20) days from the date of this order, the court will otherwise be required to dismiss this defendant without prejudice.

       SO ORDERED.


September 26, 2006                                /s/ James R. Muirhead
                                                              James R. Muirhead
                                                              United States Magistrate Judge


cc:    Michael Sheehan, Esq.
        John Curran, Esq.
        W. Kirk Abbott, Jr., Esq.
        Charles Bauer, Esq.
        Lisa Lee, Esq.
        Ralph Suozzo, Esq.