UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Mark R. Mandeville


                v.                              Civil No. 05-cv-92-JD


Merrimack County Department of Corrections, Superintendent, et al.


O R D E R

On September 26, 2006, Magistrate Judge James R. Muirhead ordered plaintiff to provide the Court with a current address for Steven Mayo within 20 days or the Court would be required to dismiss this defendant without prejudice.  As no response to this Court order has been filed, it is herewith ordered that defendant Steven Mayo is dismissed without prejudice.

SO ORDERED.



October 19, 2006                          /s/ Joseph A. DiClerico, Jr.
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge


cc:    Michael Sheehan, Esq.
       John Curran, Esq.
       W. Kirk Abbott, Jr., Esq.
       Charles Bauer, Esq.
       Lisa Lee, Esq.
       Ralph Suozzo, Esq.