UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mark R. Mandeville</u>

    v.                              Civil No. 05-cv-92-JD

<u>Merrimack County Department</u>
<u>of Corrections, et al.</u>

<u>Procedural Order</u>

     Now that the motions for summary judgment are resolved, the issues that remain in the case are established.  Trial is scheduled to begin on July 22, 2008.  Before the final pretrial conference, which is scheduled for July 10, 2008, the court expects the parties, through counsel, to use their best good faith efforts to resolve the remaining claims.  To that end, the parties may use the court's mediation resources or schedule private mediation to assist in settlement.

     SO ORDERED.

                                              /s/ Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

May 22, 2008

cc:  W. Kirk Abbott, Jr., Esquire
     Charles P. Bauer, Esquire
     John A. Curran, Esquire
     Elizabeth L. Hurley, Esquire
     Lisa Lee, Esquire
     Daniel J. Mullen, Esquire
     Michael J. Sheehan, Esquire