UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Mark R. Mandeville</u>


     v.       Civil No. 05-cv-92-JD


<u>Merrimack County Department of Corrections,</u>
<u>Superintendent, et al.</u>


ORDER OF DISMISSAL


In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed as to the claims that were settled by the parties on July 1, 2008, those claims are herewith dismissed with prejudice.

SO ORDERED.

August 5, 2008        */s/ Joseph A. DiClerico, Jr.*
             Joseph A. DiClerico, Jr.
             United States District Judge


cc: Michael Sheehan, Esq.
   John Curran, Esq.
   Elizabeth Hurley, Esq.
   Ralph Suozzo, Esq.
   W. Kirk Abbott, Jr.
   Charles Bauer, Esq.
   Daniel Mullen, Esq.
   Lisa Lee, Esq.